No. 94–7389. HICKMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7390. SEARLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7391. SORIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7392. TASBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7393. SELIGSOHN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7395. FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7396. BRITO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7397. McVEY-MEHTA v. DEPARTMENT OF COMMERCE. C. A. Fed. Cir. Certiorari denied.

No. 94–7398. VANCE v. BANKS. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 94–7399. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7400. BASHEER v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 94–7402. GONZALEZ v. OCEAN COUNTY BOARD OF SOCIAL SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7405. BLANCHFIELD v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 94–7407. FERMIN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.